# EXHIBIT A

TPA#1900091.1

Form 1.997

Civil Cover Sheet

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

I. CASE STYLE

IN THE CIRCUIT COURT IN AND FOR BRADFORD COUNTY, FLORIDA

Plaintiff: THOMAS PADGETT

Case No.: 04-2007-CA-191

v.

Judge: Moseley

Defendant: PFIZER, et al.

II. TYPE OF CASE: (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| __ Simpl. dissolution | __ Prof. Mal. | __ Contracts |
| __ Dissolution | X Prod. Liab. | __ Condominium |
| __ Support - IV-D | __ Auto Negl. | __ Real Property/Mtg. Forecl. |
| __ Support - Non IV-D | __ Other Negl. | __ Eminent domain |
| __ URESA - IV-D | | __ Other |
| __ URESA - Non IV-D | | |
| __ Domestic violence | | |
| __ Other domestic relations | | |

III. Is Jury Trial Demanded in Complaint?

X Yes
__ No

Date: 4/19/07

Signature of attorney for party initiating action

1

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY, STATE OF FLORIDA

THOMAS PADGETT,

    Plaintiff,

vs.

Case No.: 04-2007-CA-191
Division: _____

PFIZER INC., PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER INC., and
PHARMACIA & UPJOHN COMPANY, LLC, a
wholly-owned subsidiary of PHARMACIA
CORPORATION,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    PFIZER INC.
    c/o C.T. Corporation System
    1200 S. Pine Island Rd.
    Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Telephone: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

1

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY, STATE OF FLORIDA

THOMAS PADGETT,

    Plaintiff,

vs.

Case No.: 04-2007-CA-191
Division: _____

PFIZER INC., PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER INC., and
PHARMACIA & UPJOHN COMPANY, LLC, a
wholly-owned subsidiary of PHARMACIA
CORPORATION,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        PHARMACIA CORPORATION
        c/o C.T. Corporation System
        1200 S. Pine Island Rd.
        Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY, STATE OF FLORIDA

THOMAS PADGETT,

    Plaintiff,

vs.

Case No.: 04-2007-CA-191
Division: _____

PFIZER INC., PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER INC., and
PHARMACIA & UPJOHN COMPANY, LLC, a
wholly-owned subsidiary of PHARMACIA
CORPORATION,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Pharmacia & Upjohn Company, LLC
        c/o C.T. Corporation System
        1200 S. Pine Island Rd.
        Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff