OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUL -9 PM 12: 08
CLERK ... COURT
MIDDLE ... FLORIDA
... DA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

July 6th, 2007

Florida Middle District Court
George C. Young United States
80 North Hughey Avenue
Orlando, FL 32801

Re: MDL 1699 In re Bextra & Celebrex Marketing, Sales Practices and Products Lit.

Title of Case(s)
Thomas Padgett -v- Pfizer Inc., et al.

Your Case Number(s)
C.A. No. 3:07-449

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_Clerk@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

/s/
By: Simone Voltz
Deputy Clerk

Encl.

A CERTIFIED TRUE COPY

JUL - 5 2007

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 8 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1699**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

***CONDITIONAL TRANSFER ORDER (CTO-73)***

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,102 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Date 7-6-07    Deputy Clerk

# SCHEDULE CTO-73 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 07-449 | Thomas Padgett v. Pfizer Inc., et al. | |
| **MINNESOTA** | | |
| MN 0 07-2589 | Pauline Johnson, et al. v. Pfizer Inc., et al. | |
| **TEXAS NORTHERN** | | |
| ~~TXN 4 07-335~~ | ~~Frances Carter v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 2 07-247~~ | ~~Elva Estrada v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-248~~ | ~~Helen Beams, etc. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-250~~ | ~~Margaret Ann Brittain, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-254~~ | ~~Louis A. Barrera v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-256~~ | ~~Viola Resendez, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 7 07-136~~ | ~~Roel Gonzalez, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **TEXAS WESTERN** | | |
| ~~TXW 1 07-426~~ | ~~Harold Walker, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 07-339 | Carol Smith, et al. v. Pfizer Inc. | |