MDLOUT , STAYED

## U.S. District Court
## Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00449-HES-HTS
## Internal Use Only

Padgett v. Pfizer, Inc. et al  
Assigned to: Judge Harvey E. Schlesinger  
Referred to: Magistrate Judge Howard T. Snyder  
Demand: $75,000  
Case in other court: State Court - 04/23/07, 04-2007-CA-191  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 05/24/2007  
Date Terminated: 07/09/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

### Plaintiff

**Thomas Padgett**     represented by     **Brenda S. Fulmer**
Alley Clark Greiwe & Fulmer
701 E. Washington St.
P.O. Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: bfulmer@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Todd Alley**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: talley@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Guy Greiwe**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/250-0608
Fax: 813/229-7982
Email: dgreiwe@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Clark**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: jclark@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED A TRUE COPY
SHERYL L. LOESCH. CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

V.
**Defendant**

| | | |
|---|---|---|
| **Pfizer, Inc.** | represented by | **Edward W. Gerecke**<br>Carlton Fields, PA<br>4221 W Boy Scout Blvd - Ste 100<br>PO Box 3239<br>Tampa, FL 33601-3239<br>813/223-7000<br>Fax: 813/229-4133<br>Email: egerecke@carltonfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Pharmacia Corporation**<br>*a wholly-owned subsidiary of Pfizer, Inc.* | represented by | **Edward W. Gerecke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Pharmacia & UpJohn Company, LLC**<br>*a wholly-owned subsidiary of Pharmacia Corporation* | represented by | **Edward W. Gerecke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | NOTICE OF REMOVAL from 8th Judicial Circuit, Bradford County, case number 04-2007-CA-191, filed in State Court on 4/23/07. Filing fee $350, receipt number J25991, filed by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer, Inc. (Attachments: # 1 Exhibit A; (2) Exhibit B; (3) Exhibit C)(SPW) (Entered: 05/24/2007) |
| 05/24/2007 | 2 | COMPLAINT against Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer, Inc.; jury demand, filed by Thomas Padgett (filed in state court 4/23/07).(SPW) (Entered: 05/24/2007) |
| 05/25/2007 | 3 | AMENDED STANDING ORDER - Filing of Documents that Exceed Twenty-Five Pages. Signed by all Jacksonville Judges on 5/25/05. (LRB) (Entered: 05/25/2007) |
| 05/29/2007 | 4 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/29/2007. (GWR) (Entered: 05/29/2007) |
| 06/01/2007 | 5 | CERTIFICATE of interested persons and corporate disclosure statement *per Federal Rule of Civil Procedure 7.1* by Pharmacia Corporation, Pfizer, Inc.. (Gerecke, Edward) (Entered: 06/01/2007) |
| 06/01/2007 | 6 | ANSWER and affirmative defenses to complaint with Jury Demand by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer, Inc..(Gerecke, Edward) (Entered: 06/01/2007) |
| 06/01/2007 | 7 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer, Inc.. (Gerecke, Edward) (Entered: 06/01/2007) |
| 06/06/2007 | 8 | ORDER granting 7 Motion to stay and this case is hereby STAYED for a period of 90 days. Signed by Judge Harvey E. Schlesinger on 6/6/2007. (LRB) (Entered: 06/07/2007) |
| 07/09/2007 | 9 | MULTIDISTRICT LITIGATION panel order transferring case to: North California |

| | | |
|---|---|---|
| | | MDL case number: 1699 (filed in Orlando Division 7/9/07) (LRB) (Entered: 07/12/2007) |